

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sharron Umoh, Appellant

No. 06-18-00007-CV      v.

Good Shepherd Medical Center Marshall, Appellee

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2016-10,155-CCL). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Sharron Umoh, pay all costs of this appeal.

RENDERED APRIL 10, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk